

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00120-CV

| | | |
|---|---|---|
| STEPHAN D. HWANG, Appellant | § | On Appeal from County Court at Law No. 2 |
| v. | § | of Denton County (CV-2018-00578) |
| | § | January 12, 2023 |
| CAPITAL ONE NATIONAL ASSOCIATION, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to correct a calculation error and to reflect that the damages award should be $12,525.96. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that Appellant Stephan D. Hwang shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel